STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00600 YGR |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO DECEMBER 20, |
| | ) | 2012 AND TO EXCLUDE TIME UNDER |
| v. | ) | THE SPEEDY TRIAL ACT AND  ORDER |
| | ) | |
| DERON MATUKOL WILLIAMS | ) | Hearing Date: November 15, 2012 |
| | ) | Time:          2:00 p.m. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The above-captioned matter is set on November 15, 2012 before this Court for a status

hearing. The parties jointly request that the Court continue the matter to December 20, 2012, and

that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between November

15, 2012 and December 20, 2012, so that the defense can complete its review of the discovery,

investigate the case and to calculate the sentencing Guidelines.

On August 2, 2012, the Grand Jury charged Deron Williams with one count of bank

robbery and ten counts of armed bank robbery, violations of Title 18, United States Code,

Sections 2113 (a) and (d).  On the most serious charges, Mr. Williams faces a maximum of 20 to

25 years imprisonment on each count.  Mr. Williams had private counsel until late September

1   2012 at which point the Federal Public Defender was appointed to represent Mr. Williams.

2          The government has produced extensive discovery in this case, including approximately

3   one thousand pages of records, videos, photographs and complex DNA reports.  The government

4   continues to produce discovery as it is received.

5          The defense continues to review this discovery and needs more time to investigate the 10

6   robberies charged in the Indictment.  For example, the defense would like additional time to

7   assess the DNA evidence produced in this case and the findings from the government lab.  The

8   defense also needs to conduct an evidence view and plans to collect records to research Mr.

9   Williams' anticipated Sentencing Guidelines range.  For these reasons, the defense requests

10  additional time to review the discovery and to continue the defense investigation.

11         The parties stipulate and agree that the ends of justice served by this continuance

12  outweigh the best interest of the public and the defendant in a speedy trial.  The parties further

13  agree that the failure to grant this continuance would unreasonably deny counsel for defendant

14  the reasonable time necessary for effective preparation, taking into account the exercise of due

15  diligence.  Accordingly, the parties agree that the period of time from November 15, 2012 until

16  December 20, 2012, should be excluded in accordance with the provisions of the Speedy Trial

17  Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking

18  into account the exercise of due diligence.

19  DATED: November 13, 2012                    _____/S/_____

                                                JAMES C. MANN
20                                              Assistant United States Attorney

21

22  DATED: November 13, 2012                    _____/S/_____

                                                ANGELA M. HANSEN
23                                              Assistant Federal Public Defender

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that the government has produced discovery to defendant that includes voluminous records, video files and DNA discovery that the defense needs to review, and given that the government continues to produce discovery as it is received;

2.      Given the defense need to complete its investigation of the ten bank robberies charged in this case;

3.      Given the defense need to collect records and to research the Sentencing Guidelines range;

4.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the status date of November 15, 2012 is vacated and reset for December 20, 2012, at 2:00 p.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from November 15, 2012 until December 20, 2012.

November 14, 2012

**YVONNE GONZALEZ ROGERS**
**United States District Judge**