UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

Plaintiff,

v.

**DERON MATUKOL WILLIAMS,**

Defendant.

Case No.  12-cr-00600-YGR
(and related case 15-CV-1480-YGR)

**JUDGMENT ON MOTION TO CORRECT SENTENCE UNDER 28 U.S.C. § 2255**

Re: Dkt. No. 42

The Court having entered its Order Denying Defendant's Motion To Correct Sentence Under 28 U.S.C. § 2255 and Denying Certificate Of Appealability this date, the civil action is **DISMISSED WITH PREJUDICE**.  28 U.S.C. § 2244.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**